

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00842-CR

Sandra **ISAAC**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7743W
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:  Marialyn Barnard, Justice
          Rebeca C. Martinez, Justice
          Patricia O. Alvarez, Justice

Delivered and Filed:  January 16, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  The motion is granted and this appeal is

dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH